IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JUAN MARANON, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No.: 3:23-cv-497 |
| THE TJX COMPANIES, INC., d/b/a T.J. MAXX, | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

**PLEASE TAKE** notice that on August 8, 2023, Defendant the TJX Companies, Inc., filed a notice of removal, copies of which are attached, of the above-entitled action to the United States District Court for the Eastern District of Virginia, Richmond Division.

You are also advised that defendant, on filing such notice of removal in the office of the Clerk of the United States District Court for the Eastern District of Virginia, Richmond Division, also filed copies of it with the Clerk of Circuit Court for the County of Chesterfield to effect removal pursuant to 28 U.S.C. § 1446(e). This Notice of Removal is signed and filed pursuant to Fed. R. Civ. P. Rule 11.

Dated: August 8, 2023          **KIERNAN TREBACH LLP**

_____
Kathleen A. Wynne, Esq. (VSB No. 48944)
Heather S. Deane, Esq. (VSB No. 41895)
1233 20th Street, N.W., Suite 800
Washington, DC 20036
Telephone (202) 712-7000
Facsimile (202) 712-7100
kwynne@kiernantrebach.com
hdeane@kiernantrebach.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a copy of the foregoing *Notice of Removal*, this 8th day of August, 2023, to be served, via email and first class mail, postage prepaid, on:

    T. Noel Brooks, Esq. (VSB No. 48129)
    Jesse Baez, Esq. (VSB No. 85986)
    Brooks & Baez
    9100 Arboretum Pkwy., Suite 190
    Richmond, VA 23236
    Telephone: (804) 570-7473
    Facsimile: (804) 548-4215
    jbaez@brooksbaez.com
    *Counsel for Plaintiff*

_____
Kathleen A. Wynne